FILED

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

2020 SEP 14  AM 10: 40

## UNITED STATES DISTRICT COURT
for the
District of

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

Division

Vanessa Robinson
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Florida Home Partnership ET AL
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:20 cv 2149 T 02 spf
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   Yes   No

## COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name            Vanessa Robinson
   Street Address  4217 E. Paris St.
   City and County Tampa, Hillsborough
   State and Zip Code  Fl.  33610
   Telephone Number    813-778-9235
   E-mail Address  vlrobinson8156@yahoo.com

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1



1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Name: Mike Morina
Job or Title (if known): Executive Director
Street Address: 201 14th Ave. S.E. Suite H
City and County: Ruskin, Hillsborough
State and Zip Code: Fl. 33570
Telephone Number: 813-672-7889 x 233
E-mail Address (if known): mike@flhome.org

Defendant No. 2
Name: Teresa Alvarado
Job or Title (if known): Loan Manager
Street Address: 201 14th Ave S.E. Suite H
City and County: Ruskin, Hillsborough
State and Zip Code: Fl. 33570
Telephone Number: 813-672-7889 x 241
E-mail Address (if known): teresa@flhome.org

Defendant No. 3
Name: Nora Santos
Job or Title (if known): Loan Specialist 1
Street Address: 201 14th Ave S.E. Suite H
City and County: Ruskin, Hillsborough
State and Zip Code: Fl. 33570
Telephone Number: 813-672-7889 x 244
E-mail Address (if known): nora@flhome.org

Defendant No. 4
Name: Sandra Duarte
Job or Title (if known): Loan Specialist 1
Street Address: 201 14th Ave. S.E. Suite H
City and County: Ruskin, Hillsborough
State and Zip Code: Fl. 33570
Telephone Number: 813-672-7889 x 266
E-mail Address (if known): sandra@flhome.org

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Carlos Osegueda
- Job or Title *(if known)*: Housing and Urban Development Regional Director
- Street Address: 40 Marietta Street, 16th Floor
- City and County: Atlanta
- State and Zip Code: GA 30303-2806
- Telephone Number E-mail Address *(if known)*: carlos.osegueda@hud.gov

Defendant No. 2
- Name: Bankers Insurance Group
- Job or Title *(if known)*: First Community Insurance Company
- Street Address: PO Box 33060
- City and County: St. Petersburg
- State and Zip Code: FL 33733-8060
- Telephone Number E-mail Address *(if known)*: 1-800-627-0000

Defendant No. 3
- Name: USDA Rural Development
- Job or Title *(if known)*:
- Street Address: 8390 Champions Gate Blvd Suite 210
- City and County: Champions Gate
- State and Zip Code: FL 33896
- Telephone Number E-mail Address *(if known)*: 863-420-4833

Defendant No. 4
- Name:

1Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

II.  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

(Federal question)          Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- Fair Housing Act 42 U.S.C. §§ 3601-19
- Title VI of the Civil Rights Act of 1964 42 U.S.C § 2000d-1
- Executive Order, Equal Opportunity in Housing Executive Order 11063, issued on November 20, 1962

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

   1.  The Plaintiff(s)

       a.  If the plaintiff is an individual
           The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

       b.  If the plaintiff is a corporation
           The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
           and has its principal place of business in the State of *(name)* _____.

       (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

   2.  The Defendant(s)

       a.  If the defendant is an individual
           The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

| | |
|---|---|
| Job or Title *(if known)* Street | |
| Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

(✓ Federal question)          ʼ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- Discriminatory Conduct Under the Fair Housing Act 24 C.F.R. part 121
- Fair Housing Act of 1988 Section 804(a) and 804(b)
- United States Housing Act of 1937, 42 U.S.C. 1437

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of _____*(name)*, and has its principal place of business in the State of *(name)*

    _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.  If the corporation defendant is a

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____,

    and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On the day of January 17th, 2018, Nora Santos racial steered me Vanessa Robinson from wanting to participate in the Florida Home Partnership Program. Nora Santos told me falsified information regarding the process of the program. Nora Santos violated my rights to Fair and Equal Housing as stated in their program. This took place at the Florida Home Partnership office.

Page 4 of 6

(*If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.*)

2. **The Defendant(s)**

   a. If the defendant is an individual

   The defendant, *(name)* ___ , is a citizen of the State of *(name)* ___ . Or is a citizen of *(foreign nation)* ___

   b. If the ___ defendant is a corporation

   The defendant, *(name)* ___ , is incorporated under the laws of the State of *(name)* ___ , and has its principal place of business in the State of *(name)* ___ .

   Or is incorporated under the laws of *(foreign nation)* ___ ,

   and has its principal place of business in *(name)* ___ .

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

3. **The Amount in Controversy**

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   ___

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On August of 2019, Sandra Duarte purposefully withheld my application process up. Which led to my application being submitted to the USDA almost thirty days later from the day it was submitted to the FHP. This took place at the Florida Home Partnership office. Racially segregated me when I chose my lot on June 23rd of 2019.

Page 4 of 6

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

    b.  If the _____ corporation defendant is a

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____,

    and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    _____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On January 24th, of 2020, Teresa Alvarado discriminated against me by providing me with falsified information. Ms. Alvarado is the overseer of staff whom showed me racially indirect tones and did nothing to rectify the complaint. This took place at the Florida Home Partnership office. Held to different standards.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

   b. If the _____ defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____,

   and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On January 24th, 2020, Mike Morina racially steered me not to buy a home within the Florida Home Partnership Company. Mr. Morina provided me with false hope by stating that he would do something to resolve my issue of feeling discriminated against. This occured at the Florida Home Partnership company.

Page 4 of 6

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* ___ , is a citizen of the State of *(name)* ___ . Or is a citizen of *(foreign nation)* ___

   b. If the corporation ___ . defendant is a

   The defendant, *(name)* ___ , is incorporated under the laws of the State of *(name)* ___ , and has its principal place of business in the State of *(name)* ___ .

   Or is incorporated under the laws of *(foreign nation)* ___ ,

   and has its principal place of business in *(name)* ___ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

___

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On September 9th of 2020 I received a letter in the mail from HUD that stated that my claim was dismissed. I do not feel like this decision was the right decision. Do to the fact that FHP did in fact racially hold me to different standards. This all occured by mail and phone conversations from the Florida Commision and HUD.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 3-23-20, Bankers Insurance Group, held me to different standards from other nationality loan recipiants. This occured through the FHP program.

1Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff    Vanessa Robinson

B.  For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____